RECEIVED
DEC 27 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HECTOR CARRILLO | DOCKET NO. 12-CV-547; SEC. P |
| VERSUS | JUDGE DONALD W. WALTER |
| WARDEN MARTINEZ, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(b).

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 26 day of December, 2013.

JUDGE DONALD E. WALTER